# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN LEEANN MOORE-BROWN, et al.,

    Plaintiff(s),

vs.

CITY OF NORTH LAS VEGAS, et al.,

    Defendant(s).

Case #2:20-cv-01649-GMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Dale K. Galipo_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Law Offices of Dale K. Galipo
(firm name)

with offices at     21800 Burbank Blvd., Suite 310
(street address)

Woodland Hills, California, 91367
(city) (state) (zip code)

818-347-3333, dalekgalipo@yahoo.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Robin Leeann Moore-Brown to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/11/1989 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court Central District of CA | December 14, 1992 | 144074 |
| United States District Court Eastern District of CA | March 9, 2009 | 144074 |
| US Court of Appeals 9th Circuit | October 6, 2011 | 144074 |
| United States District Court South District of CA | April 1, 2009 | 144074 |
| United States District Court North District of CA | June 1, 2007 | 144074 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 02/15/2017 | | USDC-District of North NV | Granted |
| 07/02/2019 | | USDC-District of North NV | Granted |
| July 30, 2020 | | USDC-District of NV | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ )
)
COUNTY OF _____ )

_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

*See Attached*

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Peter Goldstein_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10161 Park Run Drive, Suite 150_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89145_____,
(city)                          (state)                  (zip code)

_____702-474-6400_____, _____peter@petergoldsteinlaw.com_____.
(area code + telephone number)           (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Peter Goldstein_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Robin Leeann Moore-Brown
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6992                            peter@petergoldsteinlaw.com
Bar number                      Email address

**IT IS SO ORDERED.**

Dated this __1__ day of February, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Rev. 5/16

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 15, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DALE KRISTOPHER GALIPO, #144074 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 19th day of January, 20 21, by Dale K. Galipo,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

K. SLYAPICH
COMM. #2249754
Notary Public - California
Los Angeles County
My Comm. Expires July 13, 2022

Signature K. Slyapich

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

This certificate is attached to a document titled/for the purpose of Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of this Court an Designation of Local Counsel

containing 7 pages, and dated 1/19/21.

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
☑ form(s) of identification   ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page # 5-6   Entry # 1

Notary contact: Karen Slyapich

Other
☐ Affiant(s) Thumbprint(s)   ☐ Describe: ____

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101884. Please contact your Authorized Reseller to purchase copies of this form.

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 29th day of January, 2021, a true and correct copy of the following document **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Noel E. Eidsmore, Esq.
NORTH LAS VEGAS CITY ATTORNEY
2250 Las Vegas Boulevard North, Suite 810
North Las Vegas, Nevada 89030
Telephone:   (702) 633-1050
Facsimile:   (702) 649-8879
Email: eidsmoren@cityofnorthlasvegas.com
*Attorneys for Defendants City of North Las Vegas (City of North Las Vegas Police Department) and Alexander Cuevas*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____
An Employee of Peter Goldstein Law Corp