Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*ROBIN LEEANN MOORE-BROWN,*
*individually, and as Special Administrator of the Estate*
*of FRED NORRIS BROWN III, and for and on*
*behalf of her three minor children with DECEDENT*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| ROBIN LEEANN MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS BROWN, III; B.B.B, a minor child d/o/b, 03/12/2009; L.L.B, a minor child, d/o/b, 12/02/2013; and L.K.B, a minor child, d/o/b, 12/29/2018, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT); ALEXANDER CUEVAS; and DOES 1 -10, inclusive, <br><br> Defendants. | Case No. 2-20-cv-01649-GMN-DJA <br><br> **STIPULATION RE: CONSENT TO ELECTRONIC SERVICE;** ~~[PROPOSED]~~ **ORDER** |

Plaintiffs, ROBIN LEEANN MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS BROWN, III, B.B.B, a minor child d/o/b, 03/12/2009; L.L.B, a minor child, d/o/b, 12/02/2013, and L.K.B, a minor child, d/o/b, 12/29/2018 and Defendants CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT) and ALEXANDER CUEVAS (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

1

1. The PARTIES consent to electronic service of all documents in the above-referenced action pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: March 16, 2021            PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
PETER GOLDSTEIN
Attorneys for Plaintiff
*ROBIN LEEANN MOORE-BROWN,*
*individually, and as Special Administrator of the Estate*
*of FRED NORRIS BROWN III, and for and on*
*behalf of her three minor children with DECEDENT*

DATED: March 16, 2021            CITY OF NORTH LAS VEGAS

By: /s/ Noel E. Eidsmore
NOEL E. EIDSMORE
Attorneys for Defendants
*CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS*
*VEGAS POLICE DEPARTMENT) and ALEXANDER*
*CUEVAS*

IT IS SO ORDERED

DATED this 17th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 16th day of March, 2021, a true and correct copy of the following document **STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Noel E. Eidsmore, Esq.
> NORTH LAS VEGAS CITY ATTORNEY
> 2250 Las Vegas Boulevard North, Suite 810
> North Las Vegas, Nevada 89030
> Telephone:   (702) 633-1050
> Facsimile:    (702) 649-8879
> Email: eidsmoren@cityofnorthlasvegas.com
> *Attorneys for Defendants City of North Las Vegas (City of North Las Vegas Police Department) and Alexander Cuevas*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _/s/ Toni Deari_____
An Employee of Peter Goldstein Law Corp