1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:    (702) 474-6400
4  Facsimile:    (888) 400-8799

5  *Attorney for Plaintiffs*
   *ROBIN LEEANN MOORE-BROWN,*
6  *individually, and as Special Administrator of the Estate*
   *of FRED NORRIS BROWN III, and for and on*
7  *behalf of her three minor children with DECEDENT*

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA (LAS VEGAS)**

12  ROBIN LEEANN MOORE-BROWN, individually,    Case No. 2-20-cv-01649-GMN-DJA
    and as Special Administrator of the Estate of FRED
13  NORRIS BROWN, III; B.B.B, a minor child d/o/b,    **STIPULATION AND ORDER TO**
    03/12/2009; L.L.B, a minor child, d/o/b, 12/02/2013;    **EXTEND DISCOVERY**
14  and L.K.B, a minor child, d/o/b, 12/29/2018,

15                    Plaintiffs,    **(First Request)**

16        vs.

17  CITY OF NORTH LAS VEGAS (CITY OF NORTH
    LAS VEGAS POLICE DEPARTMENT);
18  ALEXANDER CUEVAS; and DOES 1 -10,
    inclusive,
19

20                    Defendants.

21

22        IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, ROBIN LEEANN

23  MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS

24  BROWN, III, B.B.B, a minor child d/o/b, 03/12/2009, L.L.B, a minor child, d/o/b, 12/02/2013 and

25  L.K.B, a minor child, d/o/b, 12/29/2018 (collectively hereinafter "Plaintiffs"), and Defendants CITY

26  OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT) ("CNLV")

27  and ALEXANDER CUEVAS ("CUEVAS")(collectively hereinafter the "PARTIES"), by and

28  through their counsel of record, that the discovery cut-off date of May 28, 2021, be continued for a

period of ninety (90) days up to and including **August 26, 2021**, for the purpose of allowing the parties to complete written discovery, take depositions of the parties and witnesses and Rule 30(b)(6) witnesses and disclose expert/rebuttal expert witnesses.

**I.   DISCOVERY COMPLETED TO DATE**

The parties have exchanged their initial Rule 26 Disclosures: by Defendants on December 23, 2020; and by Plaintiff on January 15, 2021.

Plaintiffs have propounded one set of Interrogatories and Request for Production of Documents on Defendant City of North Las Vegas and one set of Interrogatories and Request for Production of Documents on Defendant Alexander Cuevas.  Defendants' responses are due on April 15, 2021.

**II.   DISCOVERY YET TO BE COMPLETED**

Defendants intend to propound written discovery on Plaintiffs.  After the parties have responded to the written discovery as described above, they collectively anticipate the necessity of taking several depositions. The parties will retain and disclose expert reports and any necessary rebuttal expert disclosures.

**III.   REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED**

The parties have been diligent in conducting discovery in this matter. As such, additional time is needed due to these issues. There are hundreds of photographs and documents and numerous videos and downloads and electronic evidence that have been produced by defendants that require multiple attorney hours to review and analyze thoroughly.

**IV.   PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter and order as follows:

**A.   Discovery Deadline.**

The current discovery cutoff date of May 28, 2021 should be extended for a period of ninety (90) days, up to and including **August 26, 2021.**

**B.   Experts and Rebuttal Experts.**

The parties shall disclose expert reports sixty (60) days prior to the close of discovery, on **June 28, 2021** (60 days before discovery cutoff is June 27, 2021, a Sunday, therefore, the deadline

would be the following business day).

The parties shall disclose rebuttal experts thirty (30) days prior to the close of discovery, on **July 27, 2021.**

C.      **Dispositive Motions.**

The parties shall file dispositive motions thirty (30) days after the close of discovery, on **September 27, 2021** (30 days after discovery cutoff is September 25, 2021, a Saturday, therefore, the deadline would be the following business day).

D.      **Joint Pre-Trial Order.**

The parties shall submit the Joint Pretrial Order, pursuant to LR 26(1)(e)(5) thirty (30) days after the date set for filing dispositive motions, on **October 27, 2021,** unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of this Court.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1   This request for an extension is made in good faith and joined by all the parties in this case.

2   The request is timely pursuant to LR 26-3; well in advance of any current deadline.  Trial is not yet

3   set in this matter and dispositive motions have not yet been filed.  Accordingly, this extension will

4   not delay this case.  Moreover, since this request is a joint request, neither party will be prejudiced.

5   The extension will allow the parties the necessary time to complete discovery.

6   DATES this 18th day of March, 2021.

7   PETER GOLDSTEIN LAW CORP

8

9   By: /s/ Peter Goldstein_____            By: /s/ Noel E. Eidsmore_____
        Peter Goldstein                                  Noel E. Eidsmore (SBN 7688)
10      Attorneys for Plaintiffs                         2250 Las Vegas Boulevard North, Suite 810
        ROBIN *LEEANN MOORE-BROWN,*                      North Las Vegas, Nevada 89030
11      *individually, and as Special*                   *Attorneys for Defendants*
        *Administrator of the Estate of FRED*            *CITY OF NORTH LAS VEGAS (CITY OF*
12      *NORRIS BROWN III, and for and on*               *NORTH LAS VEGAS POLICE*
        *behalf of her three minor children with*        *DEPARTMENT) and ALEXANDER CUEVAS*
13      *DECEDENT*

14   IT IS SO ORDERED

15   DATED this 19th day of March, 2021.

16

17   _____

18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 18th day of March, 2021, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND DISCOVERY (First Request)** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Noel E. Eidsmore, Esq.
> NORTH LAS VEGAS CITY ATTORNEY
> 2250 Las Vegas Boulevard North, Suite 810
> North Las Vegas, Nevada 89030
> Telephone:     (702) 633-1050
> Facsimile:     (702) 649-8879
> Email: eidsmoren@cityofnorthlasvegas.com
> *Attorneys for Defendants City of North Las Vegas (City of*
> *North Las Vegas Police Department) and Alexander Cuevas*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____
An Employee of Peter Goldstein Law Corp