Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice)
dalekgalipo@yahoo.com
Eric Valenzuela (Pro Hac Vice)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| ROBIN LEEANN MOORE-BROWN, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT), et. al.,<br><br>Defendants. | Case No. 2-20-cv-01649-GMN-DJA<br><br>**FIRST AMENDED ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF MINORS B.B.B., L.L.B., L.K.B., AND ROBIN MOORE-BROWN** |

## AMENDED ORDER

This Court, having considered Petitioner Robin Moore-Brown's Petition for Compromise of the Claims of B.B.B., L.L.B., L.K.B., minors, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following amended order:

1    IT IS ORDERED the attorney fee agreement is 40 percent of the recovery is paid to the
2 attorney, which is $40,000, plus a pro-rata share of costs as itemized below. The attorney fees will
3 be divided between Peter Goldstein and Dale K. Galipo 50/50 so each attorney will receive
4 $20,000.00 from Robin's settlement of $100,000 minus one-half of the costs of $8290.11 which
5 equals $4155.05.(After extensive communications with Citibank in Gardena, California the
6 Citibank representatives indicated that they would not open minors blocked account based on a
7 court order that did not contain the full names of the minors). Therefore, Plaintiffs' counsel
8 contacted City National Bank in Summerlin and was informed that they could open the blocked
9 accounts based on the Order containing the minors' initials providing that the checks would be
10 issued to Robin Moore-Brown for the specific purpose of opening the blocked account for each
11 minor with their full name on the trust account check.  No funds have been withdrawn from the
12 trust account of Peter Goldstein as of this date except one check issued to Robin Moore-Brown for
13 her share of the settlement, $55,844.95. The only change in this Amended Order is replacing
14 Citibank with City National Bank.
15    B.B.B., L.L.B., and L.K.B. will each receive a one-third share of 50 percent of the
16 settlement which is $100,000.  Peter Goldstein's retainer agreement provides that he is entitled to
17 40 percent of the recovery but is seeking 33 1/3 % which is $33,333, minus pro-rata share of costs
18 advanced of $8290.11 divided by two which equals $4155.05. B.B.B., L.L.B., and L.K.B. which
19
20 totals $37,478.05 allowing each minor to receive $20,840.65 which is $62,521.95 divided by
21 three.

The minor's settlement proceeds will be deposited at City National Bank, 10801 West Charleston Blvd Ste 100, Las Vegas, Nevada 89135 in blocked accounts, to be released to the minors upon their eighteenth birthday, upon further order of this Court; Petitioner will provide proof of deposit when issued by City National Bank.

**IT IS SO ORDERED.**

DATED this  20   day of November 20, 2024

_____
United States District Court Judge