NORTH LAS VEGAS CITY ATTORNEY
Andrew D. Moore, Nev. Bar No. 9128
City Attorney
Noel E. Eidsmore, Nev. Bar No. 7688
Chief Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LEEANN MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS BROWN, III; B.B.B., a minor child d/o/b, 03/12/2009; L.L.B., a minor child, d/o/b, 12/02/2013; and L.K.B., a minor child, d/o/b 12/29/2018,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT); ALEXANDER CUEVAS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01649-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff ROBIN LEEANN MOORE-BROWN, individually, and as Special Administrator of the Estate of FRED NORRIS BROWN, III; B.B.B., a minor child d/o/b, 03/12/2009; L.L.B., a minor child, d/o/b, 12/02/2013; and L.K.B., a minor child, d/o/b 12/29/2018 ("Plaintiffs"), and Defendants CITY OF NORTH LAS VEGAS (CITY OF NORTH LAS VEGAS POLICE DEPARTMENT); ALEXANDER

CUEVAS ("Defendants"), by and through their respective counsel, that all of Plaintiffs' claims in the above-entitled matter against Defendants be dismissed with prejudice.

IT IS FURTHER STIPULATED that each Party will bear its own respective costs and attorney's fees.

IT IS SO STIPULATED.

DATED this 10th day of December, 2024

NORTH LAS VEGAS CITY ATTORNEY

By: _/s/ Noel E. Eidsmore_____.
   Andrew D. Moore, Nev. Bar No. 9128
   Noel E. Eidsmore, Nev. Bar No. 7688
   2250 Las Vegas Blvd. North, Suite 810
   North Las Vegas, Nevada 89030
   (702) 633-1050
   *Attorneys for Defendants*

DATED this 10th day of December, 2024

PETER GOLDSTEIN LAW CORP

By: _/s/ Peter Goldstein_____.
   Peter Goldstein, Nev. Bar No. 6992
   10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
   (702) 474-6400
      -and-
   Law Offices of Dale K. Galipo
   Dale K. Galipo (Pro Hac Vice)
   28100 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367
   (818) 347-3333
   *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated this __11__ day of December, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

#V26VE3FW0DFW06v1